# In re License of Curley.

OPINION BY PORTER, J., February 28, 1919:

The only question presented by this appeal is the same as that which we have considered in re license to sell liquor at retail of Michael Kilrow, in which an opinion has this day been filed, and for the reasons there stated, the order of the court below is affirmed and the appeal dismissed at cost of the appellant.